# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SOUTHPOINT BANK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. _____ |
| | ) |
| **LIFE HOPE EQUIPMENT** | ) |
| **LEASING, LLC,** | ) |
| **LIFEHOPE LABS, LLC, and** | ) |
| **SCOTT CRANDALL HONAN,** | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff SouthPoint Bank ("SouthPoint"), for its complaint against Defendants Life Hope Equipment Leasing, LLC ("Life Hope Equipment"), Lifehope Labs, LLC ("Lifehope Labs"), and Scott Crandall Honan ("Honan"), states as follows:

## PARTIES

1. SouthPoint is an Alabama banking corporation with its principal place of located at 3501 Grandview Parkway, Birmingham, Alabama 35242.

2. Life Hope Equipment is limited liability company organized under the laws of the State of Georgia. Life Hope Equipment's principal office address is 3330 Preston Ridge Road, Suite 380, Alpharetta, Georgia 30005. Life Hope Equipment

PD.40120499.4

may be served with process by serving a summons and a copy of this complaint upon its registered agent, Kaplan, Bogue & Cooper, P.C., 100 Glenridge Point Parkway, Suite 500, Atlanta, Georgia 30342. Upon information and belief, all members of Life Hope Equipment are citizens of the State of Georgia.

3. Lifehope Labs is limited liability company organized under the laws of the State of Georgia. Lifehope Labs' principal office address is 3330 Preston Ridge Road, Suite 380, Alpharetta, Georgia 30005. Lifehope Labs may be served with process by serving a summons and a copy of this complaint upon its registered agent, Kaplan, Bogue & Cooper, P.C., 100 Glenridge Point Parkway, Suite 500, Atlanta, Georgia 30342. Upon information and belief, all members of Lifehope Labs are citizens of the State of Georgia.

4. Honan is an individual citizen of the State of Georgia. During all relevant times, Honan served as manager of Life Hope Equipment Leasing and Lifehope Labs. Upon information and belief, Honan is a member of Life Hope Equipment Leasing and Lifehope Labs. Honan may be served with process by serving a summons and copy of this complaint on him at 3330 Preston Ridge, Suite 380, Alpharetta, Georgia 30005.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332 because complete diversity of citizenship exists between Plaintiff and all Defendants

and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

6. Venue is proper in this Court because the Defendants have consented to venue in this Court.

## FACTUAL ALLEGATIONS

7. On March 8, 2022, Life Hope Equipment and Progress Leasing, LLC ("Progress") entered into an Equipment Finance Agreement (the "Agreement"). A true and correct copy of the Agreement is attached hereto as <u>Exhibit A</u>. Progress is a limited liability company organized under the laws of the State of Alabama with its principal place of business in the State of Alabama.

8. Pursuant to the Agreement, Life Hope Equipment, as debtor, agreed to pay to Progress, as creditor, seventy-two (72) monthly payments of $56,702.98 (the "Debt") beginning in April 2022.

9. By signing the Agreement, Life Hope Equipment agreed:

> THAT ANY ACTION OR PROCEEDING TO WHICH WE ARE A PARTY ARISING DIRECTLY OR INDIRECTLY FROM THIS AGREEMENT, SHALL BE LITIGATED AT YOUR OPTION, IN ANY STATE COURT LOCATED WITHIN SHELBY COUNTY, ALABAMA OR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA AND THAT SAID COURT SHALL HAVE EXCLUSIVE JURISDICTION THEREOF.

10. Honan executed a personal guaranty on page 3 of the Agreement ("Honan's Personal Guaranty"), pursuant to which Honan "unconditionally

guarantie[d] the full and prompt performance and discharge of all present and future obligations under the Agreement."

11.     Honan consented "TO PERSONAL JURISDICTION AND REVIEW IN ANY STATE COURT LOCATED IN SHELBY COUNTY, ALABAMA OR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA."

12.     Lifehope Labs executed a Continuing Guaranty of Indebtedness ("Lifehope Labs' Guaranty") on March 8, 2022, pursuant to which Lifehope Labs guarantied the payment of the Debt. A true and correct copy of Lifehope Labs' Guaranty is attached hereto as <u>Exhibit B</u>.

13.     Pursuant to Lifehope Labs' Guaranty, Lifehope Labs unconditionally agreed to pay any and all indebtedness owed by Life Hope Equipment to Progress.

14.     Lifehope Labs agreed that "[v]enue for any related action will be an appropriate court in Shelby County, Alabama selected by you to which we consent or in another court you select having jurisdiction over this matter."

15.     Progress executed an Assignment of Payments and Security Interest (the "Assignment"). A true and correct copy of the Assignment is attached hereto as <u>Exhibit C</u>.

16.     Pursuant to the Assignment, Progress assigned to SouthPoint:

all of its rights, title and interest as Assignor under the Agreement, including, without limitation, its right to receive all rent and other

monies under the Agreement, together with the immediate and continuing right to receive and collect such payments, as and when the same shall fall due during the term of the Agreement whether by acceleration or otherwise, as set forth therein, together with all rights and privileges of Assignor under all guarantees, pledges or other security which secures the obligations of Debtor under the Agreement.

17. Life Hope Equipment executed a Notice and Acknowledgement of Assignment (the "Notice"). A true and correct copy of the Notice is attached hereto as <u>Exhibit D</u>.

18. The Notice states that Progress "assigned and granted a security interest in the Finance Agreement and all Payments and other sums due and to become due there under, and the equipment financed there under . . . to SouthPoint Bank."

19. By signing the Notice, Life Hope Equipment consented to the Assignment and agreed to

> pay, all Payments and other sums due including, without limitation, all Payments, applicable late charges, attorney's fees and expenses of collection and enforcement of the Finance Agreement, and all other sums due and to become due under the Finance Agreement (collectively, the "Payments") directly to Progress at it's [sic] address shown above, until Lender [SouthPoint] directs you to do otherwise.

20. SouthPoint has directed Life Hope Equipment to send all Payments due under the Agreement to SouthPoint. Despite the directive from SouthPoint, Life Hope Equipment has made no Payments to SouthPoint. Upon information and belief, Life Hope Equipment has made no Payments whatsoever due under the Agreement. Accordingly, Life Hope Equipment is in breach of the Agreement.

21. The Agreement, Honan's Personal Guaranty, and Lifehope Labs' Guaranty all provide for the payment of reasonable attorneys' fees incurred in the enforcement of the agreements.

## COUNT ONE
## BREACH OF EQUIPMENT FINANCE AGREEMENT

22. Progress assigned the Agreement to SouthPoint.

23. Life Hope Equipment is in breach of the Agreement for non-payment of installments when due.

Wherefore, SouthPoint demands judgment against Life Hope Equipment in an amount to be determined by the Court, plus interest, reasonable attorneys' fees, and costs.

## COUNT TWO
## BREACH OF HONAN'S PERSONAL GUARANTY

24. Progress assigned the Agreement, which contains Honan's Personal Guaranty, to SouthPoint.

25. Honan is in breach of Honan's Personal Guaranty for failure to perform and discharge of all present and future obligations under the Agreement.

Wherefore, SouthPoint demands judgment against Life Hope Equipment in an amount to be determined by the Court, plus interest, reasonable attorneys' fees, and costs.

## COUNT THREE
## BREACH OF LIFEHOPE LABS' GUARANTY

26. Progress assigned Lifehope Labs' Guaranty to SouthPoint.

27. Lifehope Labs is in breach of Lifehope Labs' Guaranty for failure to pay any and all indebtedness owed by Life Hope Equipment to SouthPoint.

Wherefore, SouthPoint demands judgment against Lifehope Labs in an amount to be determined by the Court, plus interest, reasonable attorneys' fees, and costs.

                              */s/ Michael B. Odom*
                              Michael B. Odom (ASB-9033-d59m)
                              Attorney for SouthPoint Bank

OF COUNSEL:

PHELPS DUNBAR LLP
2001 Park Place North, Suite 700
Birmingham, Alabama 35203
(205) 716-5258
michael.odom@phelps.com

The Defendants will be served by private process server as follows:

Life Hope Equipment Leasing, LLC
c/o Kaplan, Bogue & Cooper, P.C., Registered Agent
100 Glenridge Point Parkway
Suite 500
Atlanta, Georgia 30342

Lifehope Labs, LLC
c/o Kaplan, Bogue & Cooper, P.C., Registered Agent
100 Glenridge Point Parkway
Suite 500
Atlanta, Georgia 30342

Scott Crandall Honan
3330 Preston Ridge
Suite 380
Alpharetta, Georgia 30005