IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Southpoint Bank,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Life Hope Equipment Leasing,** )<br>**LLC, Lifehope Labs, LLC, and** )<br>**Scott Crandall Honan,** )<br>)<br>**Defendant.** ) | **Case No.:**<br><br>**22-cv-01348-MHH** |

## DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.4, SouthPoint Bank makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

1. SouthPoint Bancshares, Inc. (SOUB) is the parent company of SouthPoint Bank.

2. No publicly held corporation or other entity owns ten percent (10%) or more of the stock in SouthPoint Bancshares, Inc.

3. Merchants Bank of Alabama, a division of SouthPoint Bank is an affiliated entity of SouthPoint Bank.

PD.40250925.1

Filed this the 26th day of October, 2022.

>*/s/ Michael B. Odom*
>Michael B. Odom (ASB-9033-d59m)
>Attorney for SouthPoint Bank

OF COUNSEL:

PHELPS DUNBAR LLP
2001 Park Place North, Suite 700
Birmingham, Alabama 35203
(205) 716-5258
michael.odom@phelps.com

PD.40250925.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on the following by either placing same in the United States mail**,** postage prepaid and properly addressed, or electronically through the CM/ECF system on this the 26th day of October, 2022:

Life Hope Equipment Leasing, LLC
c/o Kaplan, Bogue & Cooper, P.C., Registered Agent
100 Glenridge Point Parkway
Suite 500
Atlanta, Georgia 30342

Lifehope Labs, LLC
c/o Kaplan, Bogue & Cooper, P.C., Registered Agent
100 Glenridge Point Parkway
Suite 500
Atlanta, Georgia 30342

Scott Crandall Honan
3330 Preston Ridge
Suite 380
Alpharetta, Georgia 30005

                                                */s/ Michael B. Odom*
                                                Of Counsel