# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **SouthPoint Bank** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:22-cv-01348-MHH |
| **Life Hope Equipment Leasing, Inc., Lifehope Labs, LLC, and Scott Crandall Honan** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Jessica Warner, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Scott Crandall Honan in Fulton County, GA on November 6, 2022 at 12:04 pm at 3050 Poppy Ln, Roswell, GA 30076 by residential substituted service by leaving the documents at the usual place of abode of Scott Crandall Honan with Mary Honan who is the Wife of Scott Crandall Honan and whose age is 18 years or older.

Summons and Complaint

Additional Description:
I delivered the documents to Mary Honan, Scott Crandall Honan's wife.

White Female, est. age 43, glasses: N, Unknown hair, Unknown, Unknown.
Geolocation of Serve: http://maps.google.com/maps?q=34.0436183,-84.3443533

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in DeKalb County, GA on 11/8/2022.

/s/ *Jessica Warner*
Signature
Jessica Warner
(678) 760-4231