## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SOUTHPOINT BANK,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:22-CV-01348-MHH** |
| | ) | |
| **LIFEHOPE EQUIPMENT** | ) | |
| **LEASING, LLC,** *et al,* | ) | |
| **Defendants.** | ) | |

## SUGGESTION OF BANKRUPTCY

COME NOW the Defendants -- Lifehope Equipment Leasing, LLC, Lifehope

Labs, LLC, and Scott Crandall Honan -- and give notice to this Honorable Court that

on March 14, 2023, Defendant Lifehope Equipment Leasing, LLC filed a petition

for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy

Court for the Northern District of Georgia, Case No. 23-20313, which automatically

stays this proceeding as to said Defendant pursuant to 11 U.S.C. § 362.

Respectfully submitted,

*/s/ Brenton K. Morris*

Brenton K. Morris (ASB-8119-R46B)
*Attorney for Defendants*

**OF COUNSEL:**
BENTON, CENTENO & MORRIS, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Tel: (205) 278-8000
Fax: (205) 278-8005
bmorris@bcattys.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of March, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Brenton K. Morris*
Brenton K. Morris (ASB-8119-R46B)