# IN THE UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **SOUTHPOINT BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:22-CV-01348-MHH |
| | ) | |
| **LIFEHOPE EQUIPMENT** | ) | |
| **LEASING, LLC,** *et al,* | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL DISCLOSURE STATEMENT

Pursuant to the Court's Order of September 8, 2023 (Doc. 34), Defendants submit this Supplemental Disclosure Statement and state as follows:

Lifehope Equipment Leasing, LLC and Lifehope Labs, LLC are Georgia limited liability companies, and Scott Crandall Honan is the sole member of both companies. Mr. Honan is a resident and citizen of the State of Georgia.

                                              Respectfully submitted,

                                              */s/ Brenton K. Morris*
                                              Brenton K. Morris (ASB-8119-R46B)
                                              *Attorney for Defendants*

**OF COUNSEL:**
BENTON, CENTENO & MORRIS, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Tel: (205) 278-8000
Fax: (205) 278-8005
bmorris@bcattys.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Brenton K. Morris*
Brenton K. Morris (ASB-8119-R46B)